# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELAINE CUNNINGHAM-DIRKS, on behalf of herself and DEWEY DIRKS,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:13-cv-0411-APG-CWH<br><br>**ORDER DISMISSING CLARK COUNTY PUBLIC DEFENDER'S OFFICE AND DONISHIA CAMPBELL** |

On February 6, 2014, the Court ordered (Dkt. #41) Plaintiffs to file their missing Response to Defendants Clark County Public Defender's Office and Deputy Public Defender Donishia Campbell's Motion to Dismiss (Dkt. #15). The Court warned Plaintiffs that failure to comply with its Order within seven days would waive their opposition to the Motion to Dismiss. As of the date of this Order, Plaintiffs have failed to file their Response or offer any explanation. Accordingly, the Motion to Dismiss is deemed unopposed.

The court has reviewed Motion to Dismiss on its merits and, for good cause shown, the Motion to Dismiss (Dkt. #15) is GRANTED.

**IT IS HEREBY ORDERED** that all claims against Defendants Clark County Public Defender's Office and Deputy Public Defender Donishia Campbell are DISMISSED with prejudice.

Dated: February 21, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE