# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ELAINE CUNNINGHAM-DIRKS, on behalf of herself and DEWEY DIRKS,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:13-cv-0411-APG-CWH<br><br>**ORDER SETTING STATUS CHECK** |

Given that plaintiff Elaine Cunningham-Dirks has passed away, and defendant Dewey Dirks has not responded to the Court's prior order, the Court hereby sets a status conference for Friday, March 7, 2014 at 9:30 a.m. At that conference, the parties will address (1) whether substitution of Ms. Cunningham-Dirks under Federal Rule of Civil Procedure 25(a)(1) is appropriate, (2) the effect Ms. Cunningham-Dirks' passing has on Plaintiff Dewey Dirks' desire to pursue this matter, and (3) the lack of a Discovery Plan and Scheduling Order. Counsel for the remaining Defendants and Plaintiff Dewey Dirks (or his counsel if he has retained one) are required to attend the status conference.

Dated: February 21, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE